**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**HERBERT SYBERT**                                                              **PLAINTIFF**

**V.**                                **NO. 3:04-CV-00317 GTE**

**BOAR'S HEAD PROVISIONS COMPANY, INC.**                      **DEFENDANT**

## ORDER OF DISMISSAL

Before the Court is a pleading styled by Plaintiff as "Voluntary Non-Suit." Since Plaintiff has failed to file a stipulation of dismissal signed by all the parties, a Court Order is required to dismiss this action. See Fed. R. Civ. P. Rule 41(a). Thus, the Court will treat Plaintiff's submission as a "Motion for Voluntary Dismissal." The Defendant has filed a response indicating that it does not object to a dismissal without prejudice.

IT IS HEREBY ORDERED that the Plaintiff's Motion for Voluntary Non-Suit (Docket No. 16) be, and it is hereby, GRANTED. Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment (Docket No. 8) be, and it is hereby, DENIED as MOOT.

IT IS SO ORDERED this   12th   day of July, 2005.

                                                                  /s/ Garnett Thomas Eisele
                                                                  UNITED STATES DISTRICT JUDGE